# United States Court of Appeals
## For the First Circuit

No. 08-1890

ERIC SARSFIELD,

Plaintiff, Appellant,

v.

GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,
GREAT AMERICAN ALLIANCE INSURANCE COMPANY,
GREAT AMERICAN ASSURANCE COMPANY,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on July 1, 2009 is amended as follows:

On page 10, line 3, "Great American" should be replaced with "the city."